IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BOBBY JOE NIXON, III
ADC #165387                                                                    PLAINTIFF

v.                                    No. 4:16-cv-669-DPM

SCOTT BRADLEY, Sheriff, Van Buren
County; RANDY MURRAY, Jail Administrator,
Van Buren County Detention Center;
TRACEY SUTTERFIELD, Jail Administrator,
Van Buren County Detention Center;
and GREYSON COOPER, Jailer, Van
Buren County Detention Center                                                  DEFENDANTS

ORDER

Unopposed recommendation, № 13, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Nixon's motion to dismiss, № 10, is granted as modified. His complaint will be dismissed without prejudice; but he has to finish paying the $350 filing fee in monthly installments. № 3. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

14 March 2017