IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BOBBY JOE NIXON, III
ADC #165387                                                                                    PLAINTIFF

v.                              No. 4:16-cv-669-DPM

SCOTT BRADLEY, Sheriff, Van Buren
County; RANDY MURRAY, Jail Administrator,
Van Buren County Detention Center;
TRACEY SUTTERFIELD, Jail Administrator,
Van Buren County Detention Center;
and GREYSON COOPER, Jailer, Van
Buren County Detention Center                                                          DEFENDANTS

JUDGMENT

Nixon's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

14 March 2017